AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

FILED _____ LODGED
_____ RECEIVED

**NOV 18 2019**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
SUBJECT PREMISES, more fully described in
Attachment A

)
)
)
)
)
)

Case No. MJ19-5230

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SUBJECT PREMISES, more fully described in Attachment A, incorporated herein by reference.

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2421A | Transporting an individual interstate with intent to engage in prostitution; |
| Title 18 U.S.C. § 1952 | Facilitating, managing, and promoting a prostitution enterprise; |
| Title 18 U.S.C. § 1591 | Sex trafficking; |
| Title 18 U.S.C. § 1956 | Money laundering. |

The application is based on these facts:

✓ See Affidavit of Scott McGeachy, IRS SA, continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

_____
*Applicant's signature*

Scott McGeachy, IRS Special Agent
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: _____ 11/18/2019 _____

_____
*Judge's signature*

City and state: Tacoma, Washington

David W. Christel, United States Magistrate Judge
*Printed name and title*

USAO: 2019R1132

## AFFIDAVIT

STATE OF WASHINGTON    )
                          )  ss

COUNTY OF CLARK          )

    I, Scott McGeachy, a Special Agent with the Internal Revenue Service Criminal Investigation, Portland, Oregon, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

    1.    I am a Special Agent employed by the Internal Revenue Service (IRS), Criminal Investigation, and have held this position for over eighteen years. I have successfully completed the eleven-week Criminal Investigator Training Course at the Federal Law Enforcement Training Center and the sixteen-week Special Agent Basic Training course put on by the Internal Revenue Service. During this time I have either conducted or been involved in investigations concerning Title 26 (Income Tax), Title 18 (Conspiracy and Money Laundering), and Title 31 (Bank Secrecy Act) violations by individuals involved in both legal and illegal occupations.

    2.    I have written and/or directly been involved in writing over two hundred five search and/or seizure warrants and have participated in the execution of numerous federal search warrants involving criminal income tax charges, money laundering, narcotics violations, and other criminal activities during which evidence of criminal violations was seized. For the past twelve years I have predominantly worked investigations involving narcotics trafficking and money laundering. Many of these narcotics investigations also involved aspects of human trafficking including the transportation of individuals across state lines to commit prostitution as well as the laundering of prostitution proceeds. Through my training, experience, and conversations with other law enforcement officers who specialize in human trafficking and sex trafficking, I am familiar with the subculture of sex-traffickers, that is collectively known

AFFIDAVIT OF SCOTT MCGEACHY- 1
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   as "the game" and or "the life."  Based on my training and experience, I also know that

2   this subculture uses and maintains its own set of rules and language, as well as *modus*

3   *operandi*, which I outlined at the conclusion of this affidavit.

**PURPOSE OF AFFIDAVIT**

5       3.      This affidavit is submitted in support of an application under Rule 41 of the

6   Federal Rules of Criminal Procedure for a warrant to search the premises located at

7   **Regency Apartments, 11301 SE 10th Street, #Q111, Vancouver, WA 98664** (the

8   "SUBJECT PREMISES") as further described in Attachment A, attached hereto and

9   incorporated by this reference as if set forth fully herein.  As set forth below, there is

10  probable cause to believe that the SUBJECT PREMISES contains evidence, fruits and

11  instrumentalities of the following crimes:  transporting an individual interstate with intent

12  to engage in prostitution in violation of Title 18 U.S.C. § 2421A; facilitating, managing,

13  and promoting a prostitution enterprise in violation of Title 18 U.S.C. § 1952; sex

14  trafficking in violation of Title 18 U.S.C. § 1591; and money laundering in violation of

15  Title 18 U.S.C. § 1956.

16      4.      I further request to present this application telephonically pursuant to

17  Federal Rules of Criminal Procedure Rule 4.1 because I am based in Portland, Oregon.

18      5.      This affidavit is intended to show only that there is sufficient probable

19  cause for the requested warrant and does not set forth all of my knowledge about this

20  matter.  The facts set forth in this affidavit are based on my own personal knowledge,

21  knowledge obtained from other individuals during my participation in this investigation,

22  including other law enforcement officers, interviews of witnesses, a review of records

23  related to this investigation, communications with others who have knowledge of the

24  events and circumstances described herein, and information gained through my training

25  and experience.

26

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 2
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

6.     Portland Police Bureau, Portland FBI, and IRS-CI (referred to collectively as "Investigators") are investigating Steven Caleb NEWCOMB for numerous violations of federal law, including money laundering, facilitating prostitution, facilitating and managing a prostitution enterprise and sex trafficking.  This investigation has revealed that NEWCOMB has trafficked multiple different women since at least 2016.

7.     Investigators believe NEWCOMB currently traffics at least four women for the purpose of prostitution in the Portland metro area—to include Passionate Baker (who resides at the SUBJECT PREMISES in Washington), Ladeja Nelson (the mother of NEWCOMB's child),[1] A.G., and K.C.[2]

8.     NEWCOMB's modus operandi for his sex trafficking enterprise is to instruct these women to open bank accounts in their own names at Rivermark Credit Union.  NEWCOMB and/or the women then book hotel rooms for purposes of prostitution through Priceline.com using funds from these credit union/bank accounts.  Nelson, Baker, and A.G. then use these rooms for prostitution activity.  NEWCOMB and/or these women deposit proceeds from prostitution activity into the credit union/bank accounts to facilitate further prostitution activity.  And the cycle then continues.  By utilizing the credit union/bank accounts of the women, instead of his own, NEWCOMB is able to disguise the proceeds of his illegal activity.  NEWCOMB also appears to have disguised his illegal activity by having Nelson and Baker purchase vehicles in their own names, which NEWCOMB then used, and by using rental cars.

---

[1] Detective Kenneth Reynolds of the Portland Police Bureau interviewed Ladeja Nelson's mother, Stephanie Avington, on June 25, 2019.  Avington said that Ladeja Nelson is the mother of NEWCOMB's child.

[2] I believe A.G. and K.C. were eighteen years old at the time NEWCOMB began to traffic them.  Currently, I have no evidence NEWCOMB trafficked them as minors, but I refer to them only by their initials out of an abundance of caution.

AFFIDAVIT OF SCOTT MCGEACHY- 3
USAO No. 2019R01132

9.      In June 2019, Investigators seized a phone that contained explicit text messages between NEWCOMB and Nelson discussing prostitution activity.  At that time, the mothers of both Nelson and A.G. told Investigators that their daughters were being pimped by NEWCOMB.

10.     More recently, Investigators reviewed numerous postings through October 31, 2019, in which Nelson, A.G. or K.C. or some combination of the three women were advertised for prostitution.

11.     Further confirming investigators' belief that NEWCOMB continues to traffic these women are recent toll records for NEWCOMB's cellular telephone.  In sum, between the dates of August 31, 2019 and October 16, 2019, Baker is NEWCOMB's top caller including multiple phone contacts between NEWCOMB and Baker on several September 2019 dates on which Baker rented local area hotel rooms in Clackamas, OR.

12.     Investigators believe that NEWCOMB splits his time between two locations – the SUBJECT PREMISES in Vancouver, WA, which is the apartment of Passionate Baker, and a residence in Clackamas, OR (the "Lawnfield Apartment"), which is used by Nelson.  With respect to the SUBJECT PREMISES, court-authorized GPS pings on NEWCOMB's telephone indicate that NEWCOMB spent multiple nights at the SUBJECT PREMISES between October 15, 2019 and the present.

13.     Given the evidence that NEWCOMB is and has previously trafficked Baker, Nelson, A.G., and K.C., Investigators believe that a search of the SUBJECT PREMISES will reveal historic and current evidence of the aforementioned crimes, to include among other items, hotel or other travel receipts; money orders used to launder illicit proceeds; records and documentation related to assets such as vehicles that have been purchased to disguise unlawful proceeds from prostitution; records and documentation related to payment accounts, to include PayPal, VENMO, prepaid cards, or debit/credit cards; prostitution-related postings or advertisements; and electronic

AFFIDAVIT OF SCOTT MCGEACHY- 4
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   devices used by NEWCOMB and Baker, Nelson, A.G. or K.C. to communicate about

2   prostitution, post ads related to prostitution, or book travel for purposes of prostitution.

3   **Evidence of NEWCOMB's Historical Sex Trafficking**

4   14.   On March 28, 2018, Hon. John V. Acosta, United States Magistrate for the

5   District of Oregon, authorized a search warrant for twenty-three electronic devices seized

6   from the search of two premises in a separate investigation of Johnell Cleveland, a

7   distributor of counterfeit oxycodone pills, in the Portland, Oregon metropolitan area.  As

8   described below, one of the searched phones, an LG Tribute 5 cellphone, belonged to

9   NEWCOMB.

10   *Sex Trafficking November 12, 2016 through February 15, 2017*

11   15.   On June 11, 2018 I reviewed the forensic download of the LG Cellphone

12   and identified the user of the cellular telephone as Steven NEWCOMB.  I drew this

13   conclusion because: (1) the LG Cellphone includes numerous videos and pictures of

14   NEWCOMB consistent with him being the user of the device; (2) one of the email

15   accounts associated with the phone is Steven.Newcomb94@gmail.com; and (3) the user

16   of the LG Cellphone sent a text message on November 28, 2016, identifying himself as

17   "Steven caleb Newcomb."  I identified NEWCOMB in the LG Cellphone videos and

18   pictures based on NEWCOMB's Oregon Department of Licensing photograph.

19   16.   Upon identifying the user as NEWCOMB, I then reviewed text messages

20   contained on LG Cellphone for the time period of November 12, 2016 through February

21   15, 2017 and identified multiple pertinent text messages as well as photographs

22   demonstrating NEWCOMB's involvement in sex trafficking.

23   17.   For example, on December 9, 2016, between 5:59pm and 6:52pm, UM-

24   7363 exchanged a series of text messages with NEWCOMB regarding prostituting a

25   female who works for NEWCOMB:

26   UM-7363:   A cuddy this Mexican dude at my job he own his own janitorial
27              service I told him you got a bad ass hoe he said money not a
              problem he wont it i told him.

28

AFFIDAVIT OF SCOTT MCGEACHY- 5
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | UM-7363:   ill ask u on god he aint playing |
| | NEWCOMB: Just call me when you get a chance |
| 2 | UM-7363:   Ok |
| 3 | UM-7363:   971 322 3826 |
| | UM-7363:   He said can u have her send him a pic to his phone |
| 4 | |

18.    Based on my training and experience, I believe that UM-7363 informed NEWCOMB that he has a potential client (a john) who will pay NEWCOMB for a date with NEWCOMB's girl. NEWCOMB told UM-7363 to call him. UM-7363 then texted NEWCOMB a phone number and asked for a picture of the female for the client before engaging in the date.

19.    On December 12, 2016, UM-7363 told NEWCOMB that NEWCOMB's prostitute did not call his co-worker, saying "Cuddy that Mexican nigga just came to me im on lunch he said wassup she didn't call him." NEWCOMB texted him back that he forgot, "Oh yea I 4." I queried (971) 322-3826 and identified an individual with the initials of M.G. that owns and operates a janitorial service in the Portland metro area, which is consistent with the text messages.

20.    On January 6, 2017, between 12:28pm and 11:42pm, an unidentified female user of (928) 249-4719 (hereinafter, "UF-4719") texted back and forth with NEWCOMB regarding her location and date with an unknown male at the Econo Lodge off of Sandy Boulevard, Portland Oregon, as follows:

> UF-4719:   Daddy what are you doing?!! When are you coming?
> UF-4719:   I have to be there at 8 he said
> NEWCOMB: k
> UF-4719:   FWD: So i just got checked in. im at the econo lodge on Sandy.
> [Approximately an hour and a half passed]
> NEWCOMB: ?
> UF-4719:   im good were just talking
> NEWCOMB: How much longer
> UF-4719:   12
> NEWCOMB: Minutes?
> UF-4719:   That time a midnight
> NEWCOMB: k

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      NEWCOMB: An Candice sent me a date
2      UF-4719:   k
   UF-4719:   He only pulled out 240
3      NEWCOMB: You've been in there for 2hrs tho so I dont understand
4      UF-4719:   Almost 2 hrs
   UF-4719:   I Told you we been talking . Ill tell you when I get in the car .
5      NEWCOMB: Yup
6      UF-4719:   Where are u

7      21.   Based on my training and experience, I believe that NEWCOMB used UF-

8   4719 to prostitute at the Econo Lodge off of Sandy Boulevard.  The conversation

9   indicates that NEWCOMB gave UF-4719 a ride to the Econo Lodge.  NEWCOMB then

10  checked in with UF-4719 to see when she would be done, presumably so that

11  NEWCOMB could pick UF-4719 up.  I believe "240" to be a reference to $240, the price

12  that the john paid for UF-4719.  I know from my training and experience that a sex

13  trafficker who prostitutes women for financial gain will often drive the women to a hotel

14  and check them in and will often keep tabs on them throughout the night for safety and

15  security reasons.  The sex trafficker will often pick up the woman after her date and

16  collect the money.  I know in this scenario UF-4719 calls NEWCOMB "daddy," which is

17  indicative of a classic pimp/prostitute relationship.

18     22.   In addition to text conversations that indicated sex trafficking, I also

19  identified Snapchat videos and photographs of NEWCOMB displaying large amounts of

20  cash, which I believe are proceeds of NEWCOMB's illicit activity.

21     23.   I reviewed a photograph taken of NEWCOMB on November 20, 2016, in

22  which NEWCOMB cradles several stacks of cash like a baby and has loose cash spread

23  out all over a kitchen table:

24

25

26

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 7
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



24.   I reviewed a Snapchat message sent from NEWCOMB to Cleveland on December 4, 2016, in which NEWCOMB stands in front of a Mercedes-Benz with a red bow on the hood.  NEWCOMB holds cash spread out like a fan and the caption on the Snapchat message to Cleveland is, "Now go buy one bitch."

25.   Another photograph of NEWCOMB from 2016 shows him seated in the driver's seat of a vehicle.  NEWCOMB holds $100 bills like a fan and additional $100 bills are arrayed along the perimeter of the window of the vehicle.  NEWCOMB also displays several pieces of jewelry in the photograph, including a watch, a ring, and a tennis bracelet:

//

//

//

AFFIDAVIT OF SCOTT MCGEACHY- 8
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



26.     I reviewed a Snapchat video dated February 7, 2017, in which an individual displayed several stacks of cash folded in half, banded together with rubber bands.  The caption on the video stated "no fall off lol."  I believe that NEWCOMB, the user of LG Cellphone, displayed large amounts of cash earned from illicit activity and that he Snapchatted the video with the caption to indicate that he has not ceased his illicit money-making activity, ("no fall off lol.").[3]  The conspicuous displays of cash and wealth coupled with the text messages related to prostitution are consistent with NEWCOMB's historical sex trafficking.

*Sex Trafficking of Nelson June 2017 through February 2018*

27.     On May 31, 2019, Hon. John V. Acosta, U.S. Magistrate Judge for the District of Oregon authorized search warrants for the three cellular telephones (White Cellphone, Black Cellphone, and Purple Flip Phone) seized from a Mercedes-Benz

_____

[3] The LG Cellphone also contained text messages that showed NEWCOMB's involvement in distributing oxycodone or counterfeit oxycodone pills.  As a result, I do not know whether the money that NEWCOMB displayed in the pictures above is from drugs rather than sex trafficking.

AFFIDAVIT OF SCOTT MCGEACHY- 9
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  during a May 25, 2019 traffic stop of NEWCOMB.  This 2011 black Mercedes-Benz
2  E350 is titled in the name of Ladeja Nelson.

3       28.     On June 5, 2019, I completed a forensic review of the White Cellphone and
4  the Black Cellphone, which had been found in the trunk (identified by NEWCOMB as
5  belonging to his girlfriend).  During my review of both phones, I noted extensive
6  messaging between Ladeja Nelson and multiple "johns" consistent with prostitution-
7  related activity up until in November 2018 when Nelson ceased using the phones.
8  Furthermore, I also noted text messages between NEWCOMB and Nelson that show
9  NEWCOMB drove Nelson to meet locations, including interstate, for prostitution activity
10  and collected money from Nelson from Nelson's prostitution-related activity.  Nelson had
11  a phone number (503) 519-5263 listed as "Steven" in her phone (hereinafter, referred to
12  as "NEWCOMB-5263").  I further reviewed various text messages between Nelson and
13  NEWCOMB-5263 regarding Nelson's earnings from her prostitution work, which is
14  consistent with my belief that NEWCOMB is the user of (503) 519-5263 and trafficking
15  Nelson.

16       29.     For example, on June 30, 2017, Kerry LNU (last name unknown) texted
17  Nelson, "Can u catch a flight if there's one available," to which Nelson responds "yes."
18  Kerry subsequently booked a flight on Alaska Airlines from Portland International
19  Airport (PDX) to Seattle-Tacoma International Airport (SEA), departing at 9:55pm and
20  arriving at 10:45pm, which was sent to Nelson via text.  At 11:31pm, Nelson texted
21  NEWCOMB-5263 that he (NEWCOMB) "better pray for me a safe flight because they
22  are having mechanical issues with this plane."  This furthers my belief that NEWCOMB
23  traffics Nelson, because Nelson let NEWCOMB know of her status on the trip to Seattle,
24  WA.

25       30.     On July 1, 2017, at 12:24am, Kerry texted Nelson, "3rd floor parking for
26  pick up."  Nelson responded to Kerry that she was in the Uber.  On July 1, 2017 at
27  9:02am, Nelson texted NEWCOMB-5263, "He has the rest on him.  He had it on him the
28

AFFIDAVIT OF SCOTT MCGEACHY- 10
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  whole time.  There was no way to get it.  But he had someone here when i came so I got a
2  watch too.  I couldn't find the other one."  NEWCOMB-5263 asked Nelson, "How much
3  money did he give you."  Nelson responded "1000" and then texted NEWCOMB-5263
4  "and im out."

5      31.     Based on this series of text messages, I believe Kerry is a john that called
6  Nelson.  Nelson then flew from Portland, OR to Seattle, WA for prostitution.  Nelson
7  texted NEWCOMB upon completion of the date that she had earned $1,000 and was
8  leaving her date.  I believe this is consistent with a pimp/prostitute relationship where the
9  prostitute lets the pimp know her location, earnings from her date, and when she departs
10  from the john's location.

11  **NEWCOMB's Use of Bank Accounts at Rivermark Community Credit Union Bank**
12  **To Promote Prostitution and Conceal Illicit Proceeds**

13      32.     As detailed below, A.G., Baker, and Nelson each opened up bank accounts
14  at Rivermark Community Credit Union Bank which appear to be used for purposes of
15  prostitution.  For all three women, evidence demonstrates NEWCOMB's involvement
16  with opening the account, although Investigators believe that NEWCOMB had the
17  women use accounts in their own names to distance himself from illicit activity.
18  Analysis of each bank account demonstrates a pattern of use which is consistent with
19  prostitution.  Specifically, the accounts all show repeated cash deposits by either the
20  women or NEWCOMB, followed by multiple Priceline.com hotel bookings.  The hotel
21  bookings are frequently for different hotels, all within the Washington and Oregon area,
22  despite the fact that each of these women maintains a residence.  The price for each
23  booking appears consistent with a one-night hotel stay, furthering investigators' belief
24  that the bookings are for purposes of prostitution.  I know that individuals involved in
25  prostitution will often rent local area motel/hotel rooms at different locations on a
26  continual basis.  As explained below, A.G. and Nelson's accounts closed as of March and
27
28

AFFIDAVIT OF SCOTT MCGEACHY- 11
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    August 2019, but Baker continues to use her account (as of September 2019) in a manner

2    that remains consistent with prostitution.

3         33.   Based on the subpoenaed bank records described below, as well as those

4    held in the name of Steven NEWCOMB for the time period of November 2017 through

5    April 2018, I have been unable to identify any consistent legitimate source of income for

6    NEWCOMB, Baker, Nelson, K.C. or A.G.  I have found some explicit images of the

7    women online which appear to have been taken at a strip club, so it is possible that they

8    may earn some funds via employment as exotic dancers.[4]

9    *Nelson's Bank Account*

10        34.   Investigators learned that on December 22, 2014, Ladeja Nelson, born in

11   1995, opened an account at Rivermark Community Credit Union.  When Nelson opened

12   the account in December 2014, Nelson listed NEWCOMB as the beneficiary and listed

13   her employment as self-employed.  Rivermark Community Credit Union personnel stated

14   that Nelson told bank personnel that her boyfriend was in the vehicle outside the credit

15   union waiting for Nelson and that she really needed to take possession of a debit card so

16   that she could immediately use the card, specifically at hotels.

17        35.   I reviewed historical charges to Nelson's Rivermark Community Credit

18   Union account membership number ending in XXX850-2 and noted numerous cash

19   deposits as well as expenses for renting hotel rooms and rental cars, which are consistent

20   with promoting prostitution and sex trafficking.  The following is a sampling of the

21   deposit/withdrawal activity related to cash deposits and hotel payments for the account of

22   Ladeja Nelson:

23        12/3/2015 – Cash Deposit $100
         12/23/2015 – Cash Deposit $360
24            12/24/2015 – Priceline Hotel - $286.68

25

26   _____

27   [4] A June 25, 2019 Vancouver Police Department Report also lists Ladeja Nelson's employment
     at Sin Rock (adult entertainment club) at 12100 NE Glisan Street, Portland, Oregon; however,
28   investigators have been unable to confirm that information to date.

AFFIDAVIT OF SCOTT MCGEACHY- 12
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

01/20/2016 – Cash Deposit $506
01/21/2016 - Enterprise Rent a Car - $50.00
01/21/2016 – Priceline Hotel - $120.87
01/26/2016 – Cash Deposit $530
02/26/2016 – Cash Deposit $500
03/04/2016 – Cash Deposit $400
03/07/2016 – Priceline Hotel - $281.98
03/09/2016 – Cash Deposit $300
03/10/2016 – Priceline Hotel - $116.10
03/24/2016 – Cash Deposit $780
03/25/2016 – Cash Deposit $130
03/25/2016 – Priceline Hotel $148.74
03/28/2016 – Priceline Hotel - $113.08
04/08/2016 – Cash Deposit $400
04/08/2016 – Cash Deposit $200
04/22/2016 – Priceline Hotel - $214.52
05/23/2017 – Cash Deposit - $500
05/24/2017 – Priceline Hotel - $189.99
05/25/2017 – Hotel Rose, Portland, OR - $146.15

36.     Prior to January 31, 2019, the account activity in Nelson's Rivermark Community Credit Union account was dormant for approximately eighteen months. However, on January 31, 2019, the activity in Nelson's Rivermark Community Credit Union resumed with a similar pattern of activity, which I believe to be consistent with prostitution. Notably, in 2019, I found multiple instances of NEWCOMB depositing money into Nelson's account, consistent with NEWCOMB trafficking Nelson for purposes of prostitution.

37.     On February 1, 2019, I saw a deposit of $130 followed by a debit card charge on February 1, 2019 at Priceline Hotels, Embassy Suites. I noted a debit card charge for $15.00 on February 4, 2019 at Embassy Suites Hotel, in Portland, Oregon, suggesting to me that the earlier Priceline Hotels charge was for the Portland Embassy Suites.

38.     On February 18, 2019, there was a $200 cash deposit followed by a February 19, 2019 debit card charge of $116.99 at the Sheraton Hotel. I reviewed

1 │ Rivermark Community Credit Union ATM photos and noted that Steven NEWCOMB

2 │ deposited the $200 cash into Nelson's bank account on February 18, 2019.

3 │       39.    On March 1, 2019, a $388 cash deposit was made into Nelson's Rivermark

4 │ Community Credit Union account.

5 │       40.    On March 2, 2019, there was a $235.96 charge to Aloft in Portland,

6 │ Oregon, which I know is a hotel located at Cascade Station in Portland, Oregon.

7 │       41.    On March 5, 2019, a $2,000 cash deposit was made into Nelson's

8 │ Rivermark Community Credit Union account.   On March 5, 2019, ATM surveillance

9 │ photos show that NEWCOMB made the $2,000 cash deposit into Nelson's bank account

10 │ from a drive-up ATM, while driving a Hyundai Sonata OR/089LCT registered to

11 │ Passionate Baker.[5]

12 │       42.    Rivermark Community Credit Union informed me the account was closed

13 │ on or about March 29, 2019.

14 │       43.    On May 16, 2019, Nelson opened up a bank account with JP Morgan Chase

15 │ Bank.  I reviewed the deposit activity and noted that from May 16, 2019 until July 31,

16 │ 2019, Nelson deposited $7,359 in cash.  Furthermore, I noted on July 29, 2019, Nelson

17 │ had a Priceline.com charge at The Porter Hotel in Portland, OR for $195.48.  Also on

18 │ July 29, 2019 Nelson made two separate cash deposits for $1,400 and $630, which I

19 │

20 │ _____

21 │ [5] Oregon Department of Motor Vehicles (DMV) records identify Baker as the only registered owner of a Hyundai Sonata bearing Oregon license plate OR/089LCT. I obtained the Gresham

22 │ Toyota dealer jacket, which showed Baker as the only purchaser in October 2018, who placed $1,000 cash down and financed the remaining balance of $12,791.00.  As part of the financing,

23 │ Baker provided a copy of a pay stub as proof of income.  Baker listed her employment at RPIC, Inc. with gross monthly pay of $3,400 per month.  I queried RPIC, Inc. through open source

24 │ databases and was unable to locate a legitimate company with those initials.  On January 5, 2019, Baker reported to PPB officers in an unrelated investigation that she recently purchased a

25 │ Hyundai Sonata with NEWCOMB.  Based on my training and experience, I believe that

26 │ NEWCOMB used Baker's purchase of the Hyundai Sonata to conceal the source of $1,000 cash. On April 22, 2019, the Honorable J. Richard Creatura, U.S. Magistrate Judge for the Western

27 │ District of Washington signed a tracking warrant for the Huyndai Sonata.

28 │

AFFIDAVIT OF SCOTT MCGEACHY- 14
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1 believe is consistent with renting a hotel room for prostitution and subsequently

2 depositing the proceeds of the prostitution activity into Nelson's Chase Bank account.

3      44.      Based on the aforementioned activity, I believe that NEWCOMB deposited

4 illicit funds into Nelson's account and had Nelson use the account to facilitate

5 prostitution.[6]

6 *Baker's Bank Account*

7      45.      According to records provided by Rivermark Credit Union, Baker opened

8 her Rivermark Credit Union account (Member Number XXX1000-2) on March 29, 2017

9 and listed her employment as "self-employed." Starting in January 2018 and continuing

10 through April 30, 2018, I obtained several Rivermark Community Credit Union ATM

11 drive-up surveillance videos of Steven NEWCOMB operating Enterprise Rent-a-Car

12 vehicles and depositing cash into Passionate Baker's XXX1000-2 account. I believe,

13 based on my investigation, as well as the facts outlined in this affidavit that NEWCOMB

14 deposited illicit proceeds into this account to disguise the source of the funds.

15      46.      I also reviewed records from Enterprise Rent-a-Car and identified that

16 NEWCOMB has regularly rented vehicles starting on January 4, 2018 continuing through

17 May 17, 2018 as follows: OR/001JET, OR/044KDK, OR/930JYL, CA/7UJN212,

18 OR/105JYL, WA/BFT3543, WA/BAE0979 and OR/235KUJ. I know from my training

19 and experience that individuals involved in illegal activity such as money laundering,

20 prostitution and sex trafficking will often use rental cars to conceal and disguise their

21 activity from law enforcement. By renting rental cars an individual can constantly switch

22

23 _____

24 [6] Notably, on January 20, 2017, Ladeja Nelson also opened up a U.S. Bank account ending in
7348. Nelson listed her employment as a student with an address of 6727 SE 66th Avenue,

25 Portland, OR 97206. During my review of Nelson's U.S. Bank account ending in 7348, I noted
that from January 20, 2017 through December 15, 2017, Nelson had cash deposits totaling

26 $12,410.00, which I know to be inconsistent with a student. Furthermore, I noted the deposits
were often in round, whole dollar amounts, which I know to be consistent with illicit funds such

27 as proceeds from prostitution.

28

AFFIDAVIT OF SCOTT MCGEACHY- 15
USAO No. 2019R01132

1  out vehicles in order to avoid law enforcement tracking their movements.  In this

2  instance, I know NEWCOMB used these rental cars during a period of time Baker was

3  actively renting hotel rooms.

4       47.    I also reviewed transactional records from Baker's account for January

5  2018 through April 30, 2018, which showed a pattern of Baker depositing cash and then

6  renting hotel rooms predominantly in the Portland metro area, consistent with

7  prostitution-type activity.  A summary of the pertinent activity is below:[7]

8      January 16, 2018 – Deposit of $140.00

9          January 16, 2018 – Debit Card – Priceline.com – Hotel Rooms - $87.98

    January 18, 2018 – Deposit of $150.00

10          January 19, 2018 – Debit Card – Priceline.com – Hotel Rooms - $101.97

11      January 22, 2018 – Deposit - $90.00

        January 22, 2018 – Priceline.com – Hotel Rooms - $83.98

12      March 16, 2018 – Deposit of $160.00

13          March 17, 2018 – Priceline.com – Hotel Rooms - $129.96

        March 19, 20-18 – Rivers Edge Hotel - $30.00[8]

14      March 31, 2018 – Deposit - $171.00

15          April 2, 2018 – Priceline.com – Hotel Rooms - $119.98

        April 2, 2018 – Hotel Deluxe, Portland, OR - $23.06[9]

16          April 5, 2018 – Priceline.com – Hotel Rooms - $72.97

17      April 6, 2018 – Deposit - $180.00

18          April 7, 2018 – Priceline.com – Hotel Rooms - $127.96

        April 9, 2018 – Hotel Deluxe, Portland, OR - $11.00

19      April 14, 2018 – Deposit $110.00

20          April 16, 2018 – Priceline.com – Hotel Rooms - $97.97

    April 18, 2018 – Deposit $150.00

21          April 19, 2018 – Priceline.com – Hotel Rooms - $74.95

22      April 23, 2018 – Deposit $170.00

        April 23, 2018 – Priceline.com Hotel Rooms - $82.96

23      April 24, 2018 – Deposit $140.00

24  

25  [7] The transactions for Priceline.com often do not identify the actual hotel name and/or city and
state for the hotel.

26  [8] I reviewed records from River's Edge Hotel & Spa dated March 16, 2018 and noted that
Passionate Baker rented a hotel room for one night in Portland, Oregon.

27  [9] I reviewed the hotel room folio from Hotel deLuxe in Portland, OR, which identified Baker

28  having rented a hotel on March 31, 2018 through April 6, 2018.

AFFIDAVIT OF SCOTT MCGEACHY- 16
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7

    April 25, 2018 – Priceline.com – Hotel Rooms - $118.13
    April 25, 2018 – Embassy Suites, Portland, OR - $25.50
April 25, 2018 – Deposit $200.00
    April 26, 2018 – Hotel Rose, Portland, OR - $11.53[10]
    April 26, 2018 – Priceline.com – Hotel Rooms - $117.96
April 27, 2018 – Deposit $95.00
    April 27, 2018 – Aladdin Motor In, Beaverton, OR - $92.24
April 30, 2018 – Deposit - $130.00
    April 30, 2018 – Priceline.com – Hotel Rooms - $112.23

8
9
10
11
12
13
14
15

48.    On June 13, 2018, Baker had a charge to Priceline.com for $116.97. I noted an incidental charge of $22.00 at the Crowne Plaza in Portland, OR also on June 13, 2018, suggesting that the Priceline.com booking was for the Crowne Plaza in Portland, OR. Notably, as detailed below, Baker applied to lease the SUBJECT PREMISES on or about June 6, 2018. This furthers Investigators' belief that NEWCOMB is trafficking Baker interstate. The fact that Baker maintains a residence in close proximity to Portland, across state lines in Vancouver, WA, also substantiates Investigators' belief that Baker is renting these hotel rooms for prostitution.

16
17

49.    The activity in Baker's Rivermark Community Credit Union account became dormant in 2018.

18
19
20
21
22
23
24
25

50.    In January 2019, activity resumed in Baker's Rivermark Community Credit Union account, again with multiple cash deposits followed by bookings at hotels in Oregon. I noted that on February 20, 2019, Baker received a deposit from Paypal for $1,690, immediately followed by a cash withdrawal of $1,690. On March 2, 2019, Baker received a deposit from Paypal of $643.50 immediately followed by a $450 cash withdrawal. On April 19, 2019, Baker received another deposit from Paypal for $643.50. On May 15, 2019 Baker received a Paypal deposit of $1,240 and on May 25, 2019, she received another Paypal deposit of $990.

26
27
28

[10] I also reviewed records from Hotel Rose and noted that Baker reserved a hotel room on April 23, 2018 for one night in Portland, Oregon.

AFFIDAVIT OF SCOTT MCGEACHY- 17
USAO No. 2019R01132

51.     Based on my training and experience, I know Paypal is a common method to transfer money between "johns" and prostitutes.  In many instances, prostitutes prefer to receive an up-front payment via Paypal that is typically coded as a "donation."  Oftentimes, the up-front payment is a portion of the total price for services rendered.  The use of Paypal for prostitution services (1) reduces the possibility of the john getting robbed of cash, (2) creates the appearance of a legitimate business transaction, and (3) is a way to reduce the risk that the john is a law enforcement officer as it can be difficult for law enforcement agencies to set up Paypal accounts in false and/or fictitious names.

52.     My investigation has shown Baker's Paypal deposits are typically higher than a typical payment for a prostitution date because I believe these payments are from a repeat customer.  Baker's only source of Paypal deposits is from a male D.H. for the time period of December 2018 through April 2019.[11]  I reviewed Paypal records for D.H. for the time period of November 2017 through April 2019 and noted that D.H. almost exclusively utilized his Paypal account to make payments to a handful of women over the course of approximately 18 months of varying amounts, which I believe is consistent with my theory that D.H. is a consistent customer for these prostitutes and Baker.

53.     On May 30, 2019, Baker had a charge at the Red Lion on the River for $125.68, which I know to be in Portland, OR.  By this time, Baker resided at the SUBJECT PREMISES in Vancouver, WA, demonstrating another instance of interstate transportation of Baker to engage in prostitution activity.

54.     On June 18, 2019, Baker had a charge at the Holiday Inn for $124.97.

55.     This pattern of activity continued in the most recent Rivermark Community Credit Union account for September 2019.  For example, on September 3, 2019, Baker received a deposit of $693 and $212.85 from Paypal into her Rivermark Credit Union XXX1000-2.  On September 7, 2019, Baker had charges on her Rivermark Credit Union

---

[11] Investigators only have Paypal records through April 2019.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    XXX1000-2 to Comfort Suites in Clackamas, OR for $130.36.  On September 9, 2019,

2    Baker had another charge of $300.52 at Hampton Inn in Clackamas, OR to the account

3    XXX1000-2.

4         56.     Based on my training and experience, I believe that Baker's bank account

5    activity is consistent with NEWCOMB's trafficking of Baker for purposes of prostitution

6    and use of Baker's account to launder the proceeds.

7    *A.G.'s Bank Account*

8         57.     With respect to A.G., according to Rivermark Community Credit Union

9    records, on February 13, 2019, A.G. and K.C., both believed to be born in 2000, entered

10    Rivermark Community Credit Union together and attempted to open up separate

11    Rivermark Community Credit Union accounts.  The credit union declined K.C.'s

12    membership application due to her outstanding debt at a separate financial institution, but

13    A.G. successfully opened up her account.

14         58.     Rivermark Community Credit Union bank personnel noted odd behavior

15    from A.G. as A.G. kept asking if she would receive a debit/credit card and if it would be

16    available to use.  A.G. was constantly on her phone and took a phone call during the

17    application process.  A.G. and K.C. both departed the credit union in a Hyundai Sonata

18    OR/089LCT registered to Passionate Baker, based on a Riverview Community Credit

19    Union report.

20         59.     I reviewed A.G.'s Rivermark Community Credit Union, Membership

21    #XXXX090-2, and noted that the transactional history is consistent with prostitution

22    activity directed by NEWCOMB.  On the day A.G. opened the account, a total of

23    $215.00 in cash was deposited in two separate transactions with the first transaction of

24    $35.00 cash deposit followed by a $180.00 cash deposit a short time later.  I reviewed

25    ATM photos and noted NEWCOMB deposited the $180.00 in cash into A.G.'s bank

26    account on February 13, 2019.  NEWCOMB conducted the transaction at the ATM drive

27    up window and while I could not identify a license plate, based on the color and model of

28

AFFIDAVIT OF SCOTT MCGEACHY- 19
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  the vehicle it appeared to be the same Hyundai Sonata OR/089LCT registered to Baker,

2  which A.G. and K.C. departed in after opening up A.G.'s account.

3      60.    Subsequent deposits and charges confirmed my suspicion that A.G.'s

4  account is being used for prostitution activity. For example, on February 14, 2019, a

5  debit card charge was made at Sheraton Hotel for $123.78.

6      61.    On February 14, 2019, a $200 ATM deposit was made followed by

7  February 15, 2019 debit card charges at Priceline Hotels in Portland, Oregon for $116.89

8  and Sheraton Hotel in Portland, Oregon for $90.00.

9      62.    On February 15, 2019, a cash deposit was made for $160.00 in A.G.'s

10  account. I noted the February 15, 2019 cash deposit of $160.00 was conducted by

11  NEWCOMB based on ATM photographs at approximately 8:59pm into A.G.'s

12  Rivermark Community Credit Union Account, Membership XXXX090-2. Based on the

13  two hotel charges for this same date, I believe the evening deposit is consistent with

14  NEWCOMB depositing prostitution proceeds from earlier that day.

15     63.    On February 19, 2019, an additional Priceline Hotel charge was made to

16  A.G.'s account at the Comfort Inn totaling $117.96. I noted an additional debit card

17  charge of $10.00 at the Comfort Inn & Suites in Portland, OR; therefore, I believe the

18  Priceline Hotel charge of $117.96 was at a Comfort Inn & Suites in Portland, Oregon.

19     64.    A.G.'s Rivermark Community Credit Union account closed in August

20  2019.

21     65.    Based on my training and experience, and knowledge of this investigation,

22  I believe A.G.'s bank account activity was consistent with prostitution activity, as profits

23  from suspected prostitution dates were deposited into the account and then the account

24  funds were used to book hotel rooms for prostitution activity. I further believe that

25  NEWCOMB deposited illicit funds directly into A.G.'s account, as opposed to his own

26  account, to conceal and disguise the source of the funds.

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 20
USAO No. 2019R01132

1    **May and June 2019 Evidence that NEWCOMB Trafficked A.G. and Nelson**

2    66.    I reviewed a Portland Police Bureau (PPB) report of a May 30, 2019 armed

3    robbery of Ladeja Nelson and A.G.  Nelson told officers that she (Nelson) has known

4    A.G. for the past six months and they have become close friends and that A.G. spent the

5    night at her apartment in Oregon the night of the robbery.  On June 6, 2019, Detective

6    Kenneth Reynolds with PPB went to an address in an attempt to interview A.G., but she

7    was not present.  However, PPB detectives interviewed Jamesha Washington, mother of

8    A.G.  Washington stated that A.G.'s boyfriend, Stevie NEWCOMB, was prostituting

9    A.G.  On June 25, 2019, PPB detectives contacted Stephanie Avington related to the

10   purported robbery of Nelson and A.G.  Avington is the mother of Nelson.  Avington also

11   stated that Steven NEWCOMB is pimping out Nelson.

12   67.    On June 28, 2019, I reviewed the hotel folio from the Holiday Inn Portland

13   Airport and noted Ladeja Nelson rented a hotel room through Priceline.  Holiday Inn

14   Portland Airport personnel provided video, which showed Ladeja Nelson checking into

15   the Holiday Inn front desk.  Following completion of the check-in process, Nelson was

16   met at the front door by a young woman holding a child's hand.  The young woman

17   appeared to be A.G.  The video showed Nelson taking A.G. and the young child towards

18   the elevator.  A different video camera showed Nelson, A.G. and the young child exiting

19   the elevator onto the floors that contain hotel rooms.

20   68.    Based on my training and experience, I believe that Nelson likely acts as

21   the primary woman assisting NEWCOMB in his prostitution enterprise.  The common

22   street vernacular for this role is the "bottom bitch."  I know pimps commonly use a

23   primary woman to assist the pimp in recruiting new prostitutes, training prostitutes, and

24   collecting money from other prostitutes who work under the control of the pimp.  In this

25   case, Nelson checked into the Holiday Inn and was met by a young woman (A.G.) who

26   posted online as an escort.  The video shows both of them exited the hotel elevator

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 21
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  towards the hotel rooms where I believe Nelson set up A.G. to participate in prostitution-

2  related activity.

3      **A.G., K.C. and Nelson in Prostitution-Related Postings as of October 2019**

4      69.     When I reviewed the Rivermark Community Credit Union Membership

5  Applications for A.G. and K.C., I identified a phone number used by K.C. ending in 4307

6  (hereinafter, "K.C.-4307") and a phone number for A.G. ending in 5917 (hereinafter,

7  "A.G.-5917"). I reviewed phone toll records for A.G.-5917 and a cellphone used by

8  NEWCOMB, (503) 757-0850 ("NEWCOMB-0850") for the time period of February 1,

9  2019 through April 17, 2019. I noted over 1,300 contacts between A.G.-5917 and

10  NEWCOMB-0850. I noted over thirty contacts between A.G.-5917 and NEWCOMB-

11  0850 on February 13, 2019, the day that A.G. and K.C. were at Rivermark Community

12  Credit Union to open and/or attempt to open their bank accounts. This is consistent with

13  my belief that NEWCOMB acted as a pimp for A.G. and K.C. during this time period.

14      70.     I also conducted a Google search of "K.C.-4307" and found that this phone

15  number is affiliated to postings for an 18-24 year-old escort. These postings dated back

16  to March 2019 and were as recent as October 31, 2019. I reviewed the postings and

17  found explicit images for what appears to be K.C., A.G., or Nelson, all using "K.C.-

18  4307" as their contact number. The fact that postings are made for all three women under

19  this same phone number is consistent with Investigators' theory that NEWCOMB traffics

20  all three women.

21      71.     I reviewed the actual written messages with the photos and found the

22  written posts to also explicitly advertise prostitution. For example, the April 19, 2019

23  post for what appears to be Nelson, A.G. or K.C. or some combination of the three

24  women states, "Hey babes I'm Chanel. I'm horny and ready to fuck. Come have some

25  wet and wild fun with me. Im very professional. I love doing what I do just as much as

26  you love doing me." Another example is the October 17, 2019 posting on Skip the

27  Games for what appears to be A.G. and an unknown white female, which states, "Hey

28

AFFIDAVIT OF SCOTT MCGEACHY- 22
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  loves Im Mila come spend some time with me. Let me help you unwind from a long day.

2  Clean, fun, and sensual. Dont hesitate to message me. Ask about my duos. We have all

3  the fun!!" The October 17, 2019 posting lists various sexual activities the women

4  perform, consistent with prostitution. Based on the explicit photos and written messages,

5  I believe these postings are advertising K.C., A.G., and what appears to be Nelson for

6  prostitution. Variants of these postings were continuously posted for the month of

7  October 2019.

8  **Toll Analysis and GPS Data Confirms NEWCOMB's Continued Trafficking of**

9  **K.C., A.G., Nelson and Baker**

10      72.     I have obtained and reviewed toll records for (503) 358-0057, a phone

11  identified as being used by NEWCOMB (NEWCOMB-0057). This phone number was

12  initially identified using common call analysis, which is simply identifying a series of the

13  top callers (highest volume of calls from specific phone numbers) to NEWCOMB's old

14  phone number (503) 890-9441, and comparing those top callers to the new suspected

15  number. Through analysis of these top callers in September 2019, law enforcement

16  identified NEWCOMB-0057 as the likely replacement phone for NEWCOMB-9441.

17  Physical surveillance coupled with geo-location data for NEWCOMB-0057 confirmed

18  that NEWCOMB's physical movement was in tandem with the geo-location data for

19  NEWCOMB-0057.

20      73.     NEWCOMB-9441 was identified as NEWCOMB's number based on a

21  common call analysis in which we identified the top callers for NEWCOMB's prior

22  phone of (503) 757-0850. Furthermore, the subscriber for (503) 890-9441 was listed as

23  Family Bizz-Ness, LLC, LLC, which I know to be a company registered to Steven

24  NEWCOMB with the Oregon Secretary of State. NEWCOMB dropped or ceased using

25  NEWCOMB-9441 on August 31, 2019.

26      74.     NEWCOMB's prior number of (503) 757-0850 was identified following a

27  Vancouver Police Department contact, in which (503) 757-0850 was listed as

28

AFFIDAVIT OF SCOTT MCGEACHY- 23
USAO No. 2019R01132

1    NEWCOMB's cellular telephone number.  Additionally, on May 9, 2019, the Honorable

2    John V. Acosta, U.S. Magistrate Judge for the District of Oregon signed a geo-location

3    warrant for (503) 757-0850.  Physical surveillance coupled with geo-location data for

4    (503) 757-0850 confirmed that NEWCOMB's physical movement was in tandem with

5    the geo-location data for (503) 757-0850.

6         75.    With respect to NEWCOMB's current phone, NEWCOMB-0057, I know

7    that the top caller for NEWCOMB-0057 is Baker's cellular telephone (503) 490-2023,

8    demonstrating that NEWCOMB maintains an active relationship with Baker, which is

9    consistent with my theory that NEWCOMB traffics Baker.  The Regency Apartments

10   identified Baker's current phone number as (503) 490-2023, based on calls from Baker to

11   office staff at Regency Apartments.  Between August 31, 2019 and October 16, 2019,

12   Baker and NEWCOMB had phone contact in excess of 500 times.

13        76.    Additionally, toll data indicated multiple phone contacts between

14   NEWCOMB and Baker on the September dates on which Baker rented local area hotel

15   rooms in Clackamas, OR, per Baker's bank account records, furthering my belief that

16   NEWCOMB is trafficking Baker.

17        77.    With regard to K.C.-4307, NEWCOMB's phone does not show phone

18   contact with K.C.-4307.  However, based on my training and experience, and knowledge

19   of this case, I do not believe that is unusual.  I believe that K.C.-4307 is likely used to

20   post and contact johns, and that the women use separate phones to contact NEWCOMB.

21   This is common practice in sex trafficking relationships and is done to isolate the pimp

22   from any connection to the phone number used to contact johns or post ads.  In fact,

23   when K.C.'s banking activity tied to NEWCOMB in February 2019, as described above

24   starting at ¶ 56, there were only a few phone calls between NEWCOMB and K.C. using

25   the phone number she had to open the bank account.[12]

26   _____

27   [12] Nelson and A.G. dropped their phones along with NEWCOMB on August 31, 2019.

28   Investigators are currently working on identifying replacement phones for Nelson and A.G.  The

AFFIDAVIT OF SCOTT MCGEACHY- 24
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## NEWCOMB's Ongoing Relationship With Baker

78.     Aside from the aforementioned bank records, demonstrating a relationship that dates back to January 2018, and the toll records, which show a present relationship, substantial other evidence shows that NEWCOMB is in an ongoing relationship with Baker that is consistent with sex trafficking.

79.     On June 25, 2019, Vancouver Police Department personnel were dispatched to the Chevron located at 500 SE Chkalov Drive, Vancouver, WA for a medical assist and welfare check on the Mercedes-Benz.  The Chevron is less than ¼ mile from the SUBJECT PREMISES.  NEWCOMB was sitting in the driver's seat. NEWCOMB told officers he was going to his girlfriend's residence, who he identified as "Passionate Davis."

80.     This investigation has also revealed evidence of NEWCOMB subjecting Baker to the type of domestic violence common in pimp/prostitute relationships.  In the last year, police have been contacted on multiple occasions regarding domestic disputes between Passionate Baker and Steven NEWCOMB.

81.     On January 5, 2019, Baker told Portland Police that while riding in a vehicle with NEWCOMB, NEWCOMB punched her in the face and tried to choke Baker with two hands.  Baker threw herself out of the moving vehicle.

82.     On March 13, 2019, Vancouver Police Department were called to the SUBJECT PREMISES in Vancouver, WA due to a verbal argument between Baker and NEWCOMB.

83.     On April 24, 2019, Portland Police were called to a domestic disturbance at 13028 SE Foster Road, Apt. 16, Portland, Oregon.  Baker told officers that NEWCOMB hit her several times and he told NEWCOMB's brother to go downstairs and get a gun.  NEWCOMB's brother returned with a small blue handgun and NEWCOMB

---

fact that NEWCOMB, Nelson, and A.G. dropped their phones around the same time furthers Investigators' belief that they are engaged in illicit activity together.

AFFIDAVIT OF SCOTT MCGEACHY- 25
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  threatened Baker with the gun until De'Osha McDonald, the resident of the apartment,

2  contacted Portland Police Bureau.  NEWCOMB departed from the apartment prior to the

3  arrival of officers.

4     84.    In addition, although not involving Baker, NEWCOMB admitted to

5  possession of two loaded handguns during a May 25, 2019 PPB traffic stop of the

6  Mercedes-Benz.

7     85.    I know that individuals involved in promoting prostitution, sex trafficking,

8  or engaging in a prostitution enterprise often exert influence over women involved in the

9  prostitution activities by threats of force or coercion.  I believe that NEWCOMB has

10 threatened Baker on multiple occasions including with a handgun, which is indicative of

11 attempting to control and exert influence over Baker as part of NEWCOMB's prostitution

12 enterprise.  I know that pimps commonly carry firearms to exert control over their

13 prostitutes as well as for protection against "johns" or other individuals capable of

14 committing harm to the prostitute.

15            **Evidence that NEWCOMB Uses the SUBJECT PREMISES**

16    86.    I reviewed the lease application for the SUBJECT PREMISES dated June

17 6, 2018.  Baker listed her employment with a company called Family Bizz-Ness, LLC

18 and her occupation as a promoter/event scheduler with a $3,400 monthly income.  Family

19 Bizz-Ness, LLC is incorporated with the Oregon Secretary of State with Steven

20 NEWCOMB listed as a Member/Manager of the corporation.  Baker listed her supervisor

21 as "Steven," believed to be Steven NEWCOMB.

22    87.    Notably, a review of rental records demonstrated that Baker has made each

23 monthly rent payment with a Western Union Fred Meyer money order or Money Gram

24 (monthly rent is $1,269 per month), which I know to be commonly purchased with cash.

25 I confirmed with Regency Apartments that cash payments are not an acceptable method

26 of making monthly rent payments.  Based on my training and experience, I believe this to

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 26
USAO No. 2019R01132

1  be further evidence that Baker does not have a legitimate source of income and therefore

2  purchases money orders with prostitution proceeds in order to pay her monthly rent.

3    88.    Since March 2019 and continuing to the present, Investigators have

4  observed Baker at the SUBJECT PREMISES.  Starting in October 2019, Investigators

5  reviewed the entry records for the Regency Apartments security gate and noted Baker has

6  entered her unique access code on multiple occasions consistent with residing at the

7  SUBJECT PREMISES.[13]  Investigators have not seen the Hyundai Sonata registered to

8  Baker at the SUBJECT PREMISES.

9    89.    On October 10, 2019, Hon. Jolie A. Russo, U.S. Magistrate Judge for the

10  District of Oregon, signed a geo-location warrant for NEWCOMB-0057.

11    90.    Between October 15, 2019 and November 8, 2019, NEWCOMB stayed

12  overnight at the SUBJECT PREMISES approximately eight times.  The vast majority of

13  the remaining days NEWCOMB stayed at the Lawnfield Apartment in Clackamas, OR,

14  but on occasion, NEWCOMB did not stay at the SUBJECT PREMISES or the

15  Clackamas Apartment.

16    91.    On October 22, 2019 at approximately 6:15am, geo-location information

17  for NEWCOMB-0057 showed NEWCOMB's cellular telephone in close proximity to the

18  SUBJECT PREMISES.  At approximately 7:30am I drove past the SUBJECT

19  PREMISES and noted a red Ford Focus with temporary trip permit A0011003 parked in

20  assigned space 462.  I know space 462 is associated to the SUBJECT PREMISES.  I

21  reviewed geo-location information for NEWCOMB-0057, which showed the phone

22  arrived around 12:28am and remained at the SUBJECT PREMISES until approximately

23  12:10pm the following afternoon.  I reviewed Regency Apartment video footage of the

24  front gate and noted at approximately 12:28am, a red Ford Focus entered the apartment

25  complex, which is consistent with geo-location information for NEWCOMB-0057.

26  _____

27  [13] Each tenant at Regency Apartments is provided with a unique electronic code to gain access to

28  the Regency Apartments, which is a gated apartment complex.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       92.    On October 24, 2019 at approximately 5:50am, geo-location information

2  for NEWCOMB-0057 showed the cellular phone in close proximity to the SUBJECT

3  PREMISES.  Based on my review of geo-location information, NEWCOMB had recently

4  arrived at the SUBJECT PREMISES.  I drove past the SUBJECT PREMISES and noted

5  a black Chevrolet Tahoe with OR/286CJP parked in assigned space 462.  The registered

6  owner of OR/286CJP is Fred Baker (believed to be a relative of Passionate Baker).

7  Based on the time of morning and proximity of NEWCOMB-0057, I believe that

8  NEWCOMB arrived at approximately 5:50am about the time I conducted physical

9  surveillance and remained at the SUBJECT PREMISES until around 1:32pm, consistent

10  with staying at a secondary residence.

11       93.    On October 25, 2019 at approximately 8:40am, I noted a tan Ford Taurus

12  with temporary trip permit A0011004 was parked in front of the SUBJECT PREMISES.

13  I subsequently reviewed Regency Apartments video and noted that on October 24, 2019

14  at approximately 17:59pm Baker's apartment code was used to enter through the front

15  gate of Regency Apartments.  I was unable to definitively identify the driver, but the

16  individual entered the front gate driving the tan Ford Taurus.

17       94.    I noted that both the red Ford Focus and tan Ford Taurus have temporary

18  trip permits that are one digit off, A0011003 and A0011004.  I know that when Baker and

19  NEWCOMB drove the Hyundai Sonata, that vehicle originally had an Oregon license

20  plate OR/089LCT.  However, on July 1, 2019 while conducting surveillance Investigators

21  noticed the Oregon plate had been removed and a temporary trip permit A761394 sat in

22  the back window.  I believe that utilizing temporary trip permits is a way to conceal and

23  disguise the registered owner of the vehicle.  Moreover, individuals often remove license

24  plates and/or utilize false trip permits when they do illegal activity to conceal their

25  movements.

26       95.    On October 26, 2019 at approximately 2:56am, geo-location data for

27  NEWCOMB-0057 showed the phone in the area of the SUBJECT PREMISES.  The

28

AFFIDAVIT OF SCOTT MCGEACHY- 28
USAO No. 2019R01132

1   phone stayed overnight in the area of the SUBJECT PREMISES until approximately

2   12:07pm before eventually returning to the area of the Lawnfield Apartment in

3   Clackamas, OR.

4        96.    On November 1, 2019 at approximately 9:59pm and continuing until

5   approximately 11:13am on November 2, 2019, geo-location data for NEWCOMB-0057

6   showed the phone in the area of the SUBJECT PREMISES consistent with NEWCOMB

7   having stayed the night at the SUBJECT PREMISES.

8        97.    On November 3, 2019 I reviewed geo-location data for NEWCOMB-0057

9   which showed the phone in the area of the SUBJECT PREMISES starting at 10:43pm

10  and continuing until approximately 11:15am on November 4, 2019, which is consistent

11  with NEWCOMB having stayed the night at the SUBJECT PREMISES.

12       98.    On November 8, 2019 I reviewed geo-location data for NEWCOMB-0057

13  which showed the phone in the area of the SUBJECT PREMISES starting at

14  approximately 2:32am and departing at approximately 11:04am, which is consistent with

15  NEWCOMB having stayed the night at the SUBJECT PREMISES.

16       99.    Based on my review of geo-location information and surveillance, I believe

17  that NEWCOMB is currently splitting his time between the SUBJECT PREMISES and

18  the Lawnfield Apartment in Clackamas, OR.  A search of the SUBJECT PREMISES will

19  therefore reveal both historical and current evidence of the aforementioned crimes, as

20  discussed above.

21                **COMMON CHARACTERISTICS OF SEX TRAFFICKERS**

22       100.    Based upon my training and experience as well as through speaking with

23  other law enforcement officers and agents who also specialize in investigating sex

24  trafficking, I know the following:

25       a.    That traffickers often recruit potential prostitutes via phased manipulation,

26  the duration and degree of which is dictated by the personalities involved.

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 29
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    b.    That traffickers use a variety of techniques to control victims, which

2 commonly include "finesse" (persuasion, romance, fraud, psychological trickery), debt,

3 drugs, gorilla (coercion, physical force, threats of harm to the prostitute or other party),

4 and/or a position of authority.

5    c.    That traffickers utilize a common dialect for the prostitution industry.

6    d.    That traffickers commonly designate a prostitute as the "second in

7 command" of other prostitutes.  This person is commonly referred to as the "bottom

8 bitch" and is selected for a variety of reasons, such as that prostitute's earning potential,

9 manipulating/teaching ability, seniority within the prostitution enterprise, or effectiveness

10 at discipline.

11    e.    That traffickers, or designated second in command, commonly educate the

12 prostitute in aspects of the sex industry, to include what acts to perform, how much to

13 charge, and how to detect or avoid law enforcement.

14    f.    That traffickers discipline prostitutes for a variety of transgressions,

15 including: looking at another person who is not the trafficker, speaking to a person who is

16 not a paying customer, failing to provide the traffickers with the total amount of money

17 earned, attempting to contact friends/family, or escape attempts.

18    g.    That traffickers commonly seize control of personal effects (previous cell

19 phone, identification card, money) in order to further restrict the prostitute's willingness

20 and/or ability to seek assistance.

21    h.    That traffickers often deliver and/or monitor prostitutes in or from vehicles.

22    i.    That it is common for traffickers to travel, or have their associate's travel,

23 to known regional or national areas of prostitution, to facilitate prostitution.

24    j.    That traffickers commonly provide a cellular phone to the prostitute for

25 exclusive use during prostitution activities, and the communication via cellular phones

26 occurs through voice, text, and photo messages, which are often coded to conceal their

27 true meaning from others.

28

AFFIDAVIT OF SCOTT MCGEACHY- 30
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    k.    That, using the above-mentioned cellular phones, the prostitutes are often

2  only allowed to communicate with the trafficker, customers, and occasionally other

3  individuals subjected to control by the traffickers.

4    l.    That the above-mentioned cellular phones possessed by the traffickers often

5  display graphic depictions of current or previous prostitutes, or graphics glamorizing the

6  trafficking industry, while the cellular phones possessed by the prostitute commonly

7  display images glamorizing money. These phones also commonly display the contact

8  phone number for the pimp/trafficker as "daddy" (i.e., "pimp daddy").

9    m.    That traffickers, or their designee, commonly utilize a variety of print

10  media (newspapers, magazines, business cards, flyers), as well as electronic media

11  (internet websites, chat rooms and blogs) to advertise, promote, or otherwise facilitate

12  prostitution.

13    n.    That traffickers take, or cause to be taken, photographs of them, their

14  associates, their property, cash, assets and their prostitutes. These traffickers usually

15  maintain these photographs in their possession, particularly in their residences.

16    o.    That traffickers use the proceeds of prostitution activity to present and

17  maintain a public image, which includes currency, precious metals, jewelry, electronic

18  devices, and vehicles, among others.

19    p.    That traffickers commonly secure contraband, proceeds of prostitution

20  activity, narcotics, weapons, and records of debts in safes located within their residences

21  and/or storage lockers for their ready access and to conceal them from law enforcement.

22    q.    That it is common for traffickers to secret contraband, proceeds of

23  prostitution, and records of prostitution in secure locations on their person, within and

24  around their residences, or in their vehicles, for ready access or to conceal them from law

25  enforcement authorities.

26    r.    That traffickers maintain written records, books, receipts, notes, ledgers,

27  airline tickets, money orders, cashier's checks and other papers relating to the

28

AFFIDAVIT OF SCOTT MCGEACHY- 31
USAO No. 2019R01132

1   transportation, possession, recruitment, profits and information of prostitutes and/or
2   customers.  The traffickers records can be retained for long period of time including
3   several years or back into the inception of the prostitution activity.

4        s.     That the aforementioned books, records, receipts, notes, ledgers, etc., are
5   maintained where the traffickers have ready access to them, i.e., on their persons, in their
6   vehicles, or about their residences.

7        t.     That traffickers maintain electronic records of prostitution activity and/or
8   advertising via computer or handheld electronic device and/or electronic data storage
9   medium.

10        u.     That traffickers maintain in their residences financial type records which,
11   when analyzed, will show that their accumulation and expenditures of money and assets
12   substantially exceeds any legitimate income.

13        v.     That traffickers maintain in their residences, vehicles and on their persons
14   weapons (including ammunition and holsters) to protect themselves from other
15   traffickers, apprehension by law enforcement, as well as discipline (or threat of) to
16   prostitutes.

17        w.     That traffickers frequently utilize communication devices such as cellular
18   telephone within their trafficking business, and that they often utilize electronic
19   equipment such as computers, currency counting machines, computer watches, and
20   related manuals to generate, transfer, count, record, and/or store information about their
21   trafficking activities and/or information evidencing their participation in, or gains from,
22   their trafficking activities, and/or their financial affairs.

23        x.     That persons involved in trafficking conceal on their persons, within or
24   around their residences and vehicles, large amounts of currency, financial instruments,
25   precious metals, jewelry, and other items of value and/or proceeds of prostitution, and
26   evidence of financial transactions relating to obtaining, transferring, secreting, or the
27
28

AFFIDAVIT OF SCOTT MCGEACHY- 32
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  spending of large sums of money made from engaging in prostitution and trafficking

2  activities.

3      y.      That traffickers commonly use aliases when renting and purchasing

4  property to conceal their conduct from law enforcement.

5      z.      That traffickers very often place assets in names other than their own to

6  avoid detection of these assets by law enforcement agencies.

7      aa.     That even though these assets are in other persons' names, the traffickers,

8  and/or associates or relatives continue to use these assets and exercise dominion and

9  control over them.

10     bb.     That when traffickers amass proceeds from prostitution, that the traffickers

11 attempt to legitimize these profits through a variety of means.

12     cc.     That to accomplish these goals, traffickers utilize tools including domestic

13 banks and their attendant services, securities, cashier's checks, money drafts, letters of

14 credit, brokerage houses, real estate, shell corporations, and business front.

15                          **ELECTRONIC ITEMS**

16     101.    As outlined above the attached affidavit seeks to seize electronic items from

17 the SUBJECT PREMISES as potential evidence of the aforementioned crimes.  This

18 warrant seeks to seize these electronic items and subsequent search warrants may be

19 written in the District of Oregon to search and seize evidence from the electronic items

20 taken from the SUBJECT PREMISES.

21                          **REQUEST FOR SEALING**

22     102.    It is respectfully requested that the Court issue an order sealing, until

23 further order of the Court, all papers submitted in support of the requested search

24 warrants, including the application, this affidavit, the attachments, and the requested

25 search warrants.  I believe that sealing these documents is necessary because the

26 information to be seized is relevant to an ongoing investigation, and any disclosure of the

27 information at this time may endanger the safety of cooperating individuals, cause the

28

AFFIDAVIT OF SCOTT MCGEACHY- 33
USAO No. 2019R01132

1  flight from prosecution of co-conspirators, and otherwise jeopardize the ongoing

2  investigation.  Premature disclosure of the contents of the application, this affidavit, the

3  attachments, and the requested search warrant may adversely affect the integrity of the

4  investigation.

**CONCLUSION**

6      103.   Based on the foregoing, I respectfully submit that there is probable cause to

7  search the location described in Attachment A, for evidence, fruits, and instrumentalities

8  of transporting an individual interstate with intent to engage in prostitution in violation of

9  Title 18 U.S.C. § 2421A; facilitating, managing and promoting prostitution enterprise in

10 violation of Title 18 U.S.C. § 1952; sex trafficking in violation of Title 18 U.S.C. § 1591,

11 and money laundering in violation of Title 18 U.S.C. § 1956, as further described in

12 Attachment B.

SCOTT MCGEACHY, Special Agent
IRS Criminal Investigation

18     The above-named agent provided a sworn statement attesting to the truth of the

19 foregoing affidavit by telephone on the 18th day of November, 2019.

DAVID W. CHRISTEL
United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ATTACHMENT A
### Places to be Searched

2

3    The property to be searched is located at 11301 SE 10th Street, Building Q111,

4    Vancouver, WA 98664 (the "SUBJECT PREMISES"). The SUBJECT PREMISES is

5    located in an apartment complex described as the Regency Apartments, which is located

6    off of 10th Street. To locate the apartment, an individual would enter through a security

7    controlled gated arm and drive to the southwest corner of the apartment complex, where

8    Building Q is located. Unit 111 is located on the bottom floor, southwest corner. The

9    apartment complex is light grey in color bearing a flat roofline.

10

11

12

13

14    

15

16

17

18

19

20

21    

22

23

24

25

26

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 35
USAO No. 2019R01132

1

2

**ATTACHMENT B**
**Items to be Seized**

3      The items to be searched for, seized, and examined, are those items on the

4  premises located at 11301 SE 10th Street, #Q111, Vancouver, WA 98664, referenced in

5  Attachment A, that contain evidence, contraband, fruits, and instrumentalities of

6  violations of transporting an individual interstate with intent to engage in prostitution in

7  violation of Title 18 U.S.C. § 2421A; facilitating, managing and promoting a prostitution

8  enterprise in violation of Title 18 U.S.C. § 1952; sex trafficking in violation of Title 18

9  U.S.C. § 1591 and money laundering in violation of Title 18 U.S.C. § 1956.

10      The items to be seized cover the period December 22, 2014 through the date of the

11  execution of the search warrant are as follows:

12      a.      Books, records, receipts, notes, ledgers, and other documents relating to

13  financial transactions to facilitate sex trafficking, prostitution, and money laundering;

14      b.      Personal books and papers reflecting names, addresses, telephone numbers,

15  articles of clothing, photos and other contacts for the purpose of sex trafficking,

16  prostitution and money laundering;

17      c.      Financial and business records and personal objects relating to sex

18  trafficking, prostitution, money laundering and expenditures of money and wealth, to-wit:

19  money orders, wire transfer records, cashier's checks and receipts, checks, bank account

20  records, passbooks, tax records, safe deposit box keys, Paypal records and checkbooks,

21  title files, vehicle purchases, apartment leases, business license records, pay and owe

22  records and check registers, as well as precious metals/jewelry such as gold, silver,

23  diamonds, Rolex watches, earrings, necklaces, etc.;

24      d.      Documents indicating travel in interstate and foreign commerce, to include

25  airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts;

26  hotel, motel, and car rental statements; correspondence with travel agencies and other

27  travel-related businesses; airline, rent-a-car, and hotel frequent flier or user cards and

28

AFFIDAVIT OF SCOTT MCGEACHY- 36
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  statements; passports and visas; telephone bills; photographs of foreign locations; and

2  papers relating to domestic and international travel;

3       e.     Documents, photographs, and videos related to sex trafficking, to include

4  copies of postings for prostitution, trafficking manuals, diaries, telephone records,

5  provocative clothing, condoms, lubricants and sex paraphernalia.

6       f.     Cellular telephones, Ipads, computers, thumb drives, CD/DVD's other

7  electronic communication devices which may constitute evidence of participation in sex

8  trafficking, prostitution, operating a prostitution enterprise and money laundering;

9       g.     Items of personal property that tend to identify the person(s) in residence,

10  occupancy, control, or ownership of the premises, including canceled mail, deeds, leases,

11  rental agreements, photographs, personal telephone books, diaries, utility and telephone

12  bills, statements, identification documents, escrow documents and keys;

13       h.     Financial profits, proceeds and instrumentalities of sex trafficking,

14  prostitution and money laundering, including U.S Currency, gold watches, rings,

15  necklaces, tennis bracelets; and

16       i.     Firearms and other dangerous weapons and ammunition and firearm

17  accessories.

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF SCOTT MCGEACHY- 37
USAO No. 2019R01132

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970